Michael G. Daly, Esquire
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(267) 267-4740

**United States District Court**
**In the Western District of Washington**

**Susan Green, et al.**
v.
**Nurse Assist, LLC, et al.**
_______________________________________________/

**Case No.:3:26-cv-5878-DWC**

AFFIDAVIT OF CORPORATE SERVICE

I, **Timothy Weldon,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **CIFC Asset Management, LLC, c/o Corporation Service Company** |
| DOCUMENTS SERVED: | **Summons & Complaint** |
| DATE & TIME OF SERVICE: | **8/20/2026 10:22 AM** |
| SERVED ADDRESS: | **251 Little Falls Drive**<br>**Wilmington, DE 19808** |

Comments: **Documents were placed in the designated service bin and logged into their portal per CSC policy.**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

GPS: 39.7610111111111;-75.6235638888889

Timothy Weldon
Dennis Richman's Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

Subscribed and sworn before me, a Notary Public, this 20th day of August, 2026

Melissa Petrowski, Notary Public
Bucks County
My Commission expires on: 8/29/2027

Order #P238829