UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN GREEN, as Administrator of the Estate of HAROLD DORAN, deceased;<br><br>Plaintiff,<br><br>v.<br><br>NURSE ASSIST, LLC, TOWER THREE PARTNERS LLC, LBC CREDIT PARTNERS IV, L.P., LBC-P CREDIT FUND, L.P., LBC-A CREDIT FUND, L.P., CIFC ASSET MANAGEMENT, LLC, CIFC LLC, and DOES 1-100.<br><br>Defendants. | NO. 3:26-cv-05878<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Susan Green, as Administrator of the Estate of Harold Doran, Deceased, by and through her undersigned attorneys, voluntarily dismisses this action as against all Defendants, without prejudice.



STRITMATTER LAW
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777

Dated: September 30, 2026

Respectfully Submitted,


*/s/ Andrew Ackley*
Andrew Ackley, WSBA #41752
**STRITMATTER LAW**
3600 15th Ave West, Suite 300
Seattle, WA 98119
Phone: 206.448.1777
Fax: 206.728.2131
Email: andrew@stritmatter.com

Michael G. Daly, Esq.
Joshua M. Neuman, Esq.
**MOTLEY RICE LLC**
1717 Arch St., Suite 3610
Philadelphia, PA 19103
Phone: 267.267.4740
Fax: 267.267.4759
Email: mdaly@motleyrice.com, jneuman@motleyrice.com
*Attorneys for Plaintiff*

## CERTIFICATION

I hereby certify that a copy of the foregoing document was served on the interested parties in this action in the manner described as follows:

| | |
|---|---|
| Nancy M. Erfle<br>Maryssa F. Tapio<br>GORDON REES SCULLY MANSUKHANI, LLP<br>1300 SW Fifth Avenue, Suite 2000<br>Portland, OR 97201<br>T: 503.382.3855<br>E: nerfle@grsm.com<br>*mtapio@grsm.com*<br><br>*Attorneys for Defendant Nurse Assist, LLC* | ☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery |
| Gregory J. Hollon<br>Charles Wittmann-Todd<br>McNAUL EBEL PLLC<br>600 University Street., Suite 2700<br>Seattle, WA 98101<br>T: 206.467.1816<br>E: ghollon@mcnaul.com<br>cwittmantodd@mcnaul.com<br><br>*Attorneys for Defendants CIFC Asset Management, LLC, CIFC LLC, LBC Credit Partners IV, L.P., LBC-P Credit Fund, L.P., and LBC-A Credit Fund, L.P.* | ☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery |

DATED this 30th day September, 2026.

*/s/ Nicolas Underhill*
Paralegal



STRITMATTER LAW
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777