UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN GREEN, individually and as Administrator of the estate of Harold Doran,<br>Plaintiff,<br>v.<br>NURSE ASSIST LLC et al.,<br>Defendants. | CASE NO. 3:26-cv-05878-DGE<br><br>ORDER OF DISMISSAL |

On September 30, 2026, Plaintiff filed a notice of voluntary dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 20.) Accordingly, this matter is dismissed without prejudice.

Dated this 1st day of October, 2026.

David G. Estudillo
United States District Judge